PROB 12C
(7/93)

Report Date: December 4, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 05 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawn David Collins        Case Number: 2:11CR00016-001

Address of Offender: ▇▇▇▇▇▇ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable William H. Albritton, Senior U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Court Judge

Date of Original Sentence: December 1, 2008

| | |
|---|---|
| Original Offense: | Original Offense: Conspiring to Import a Quantity of Marijuana Greater than 50 Kilograms, 21 U.S.C. §§ 952, 960 and 963 |
| Original Sentence: | Prison 33 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: February 25, 2011

Date Supervision Expires: February 24, 2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Shawn David Collins violated the conditions of his supervision by becoming involved in a verbal and physical altercation with his supervisor at work. Consequently, he was fired from his job.
2 | **Special Condition # 24**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Shawn David Collins violated the conditions of his supervision by consuming alcohol on or about December 3, 2013. After the above-mentioned altercation with his supervisor, Mr. Collins returned to the Spokane Residential Reentry Center (RRC) where he is a public law resident. Upon arrival at the RRC, the staff administered a breathalyzer which registered a positive reading of .154. The staff administered a second breathalyzer test 15 minutes later, which resulted in a reading of .159, and a third test after an additional 15 minutes, with a reading of .151.

3     **Special Condition # 25**: You shall reside in a residential reentry center (RRC) until the expiration of your supervised release, which is February 24, 2014. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: Shawn David Collins violated the conditions of his supervision by failing to comply with the rules and requirements of the RRC. Specifically, Mr. Collins failed to return to the RRC by 12:45 a.m. on December 4, 2013. Instead, he arrived at 2:01 a.m. after being fired from his job and consuming alcohol. Consequently, Mr. Collins has been terminated from the RRC program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Dec 5, 2013
Date